## UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA

| | | |
|---|---|---|
| KENNETH WILKINS, | ) | 3:16-cv-00249-MMD-WGC |
| | ) | |
| Plaintiff, | ) | **MINUTES OF THE COURT** |
| vs. | ) | |
| | ) | May 8, 2017 |
| BRYNE, et al., | ) | |
| | ) | |
| Defendants. | ) | |

PRESENT: THE HONORABLE WILLIAM G. COBB, U.S. MAGISTRATE JUDGE

DEPUTY CLERK: KATIE LYNN OGDEN  REPORTER: NONE APPEARING

COUNSEL FOR PLAINTIFF(S): NONE APPEARING

COUNSEL FOR DEFENDANT(S): NONE APPEARING

**MINUTE ORDER IN CHAMBERS:**

Before the Court is Plaintiff's Motion for a Scheduling Order (ECF No. 19). Plaintiff requests that a Scheduling Order be issued setting the course of the proceedings.

Pursuant to the Court's Order of May 1, 2017 (ECF No. 18), the Defendants have twenty-one (21) days from the date of that order in which to file a notice advising the Court and Plaintiff of: (a) the names of the Defendants for whom it accepts service; (b) the names of the Defendants for whom it does not accept service, and (c) the names of the Defendants for whom it is filing the last-known-address information under seal. (ECF No. 18 at 2.) If the Attorney General accepts service of process for any names Defendant(s), such Defendant(s) shall file and serve an answer or other response to the complaint within sixty (60) days. (ECF No. 18 at 3.) The Court will not enter a Scheduling Order at this time as Plaintiff's request is premature.

Plaintiff's Motion for a Scheduling Order (ECF No. 19) is **DENIED**.

**IT IS SO ORDERED.**

DEBRA K. KEMPI, CLERK

By: /s/
Deputy Clerk