ADAM PAUL LAXALT
  Attorney General
BENJAMIN R. JOHNSON, Bar No. 0632
  Deputy Attorney General
State of Nevada
Bureau of Litigation
Public Safety Division
100 N. Carson Street
Carson City, NV 89701-4717
Tel: (775) 684-1254
E-mail: bjohnson@ag.nv.gov

*Attorneys for Defendants
Quentin Byrne, Tara Carpenter,
and Anthony Carrasco*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

KENNETH WILKINS,

              Plaintiff,

vs.

BYRNE, et al.,

              Defendant.

Case No. 3:16-cv-00249-MMD-WGC

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

     Kenneth Wilkins, in pro se, and Defendants, Quentin Byrne, Tara Carpenter, and Anthony Carrasco, by and through counsel, Adam Paul Laxalt, Attorney General of the State of Nevada, and Benjamin R. Johnson, Deputy Attorney General, hereby stipulate and agree, pursuant to FED. R. CIV. P. 41(a)(1), that the above-captioned action should be dismissed with prejudice by order of this Court.

///

///

///

///

///

///

///

///

1

This Stipulation for Dismissal with Prejudice is executed as part of an out-of-court settlement between the parties. Pursuant to the terms of the Settlement Agreement and Full and Final Release, each party will bear its own attorneys' fees and costs.

DATED this 5 day of March, 2018.

DATED this 7 day of March, 2018.

ADAM PAUL LAXALT
Attorney General

By: _____
KENNETH WILKINS #89171
*Plaintiff*

By: _____
BENJAMIN R. JOHNSON
Deputy Attorney General
*Attorneys for Defendants*

IT IS SO ORDERED

_____
U.S. ~~MAGISTRATE~~ JUDGE

DATED March 8, 2018

**CERTIFICATE OF SERVICE**

I certify that I am an employee of the Office of the Attorney General, State of Nevada, and that on this 8th day of March, 2018, I caused a copy of the foregoing, **CAPTION**, to be served, by U.S. District Court CM/ECF Electronic Filing on the following:

KENNETH WILKINS #89171
CARE OF LCC LAW LIBRARIAN
LOVELOCK CORRECTIONAL CENTER
1200 PRISON ROAD
LOVELOCK, NV 89419
*lcclawlibrary@doc.nv.gov*

/s/ Laurie Penny
An employee of the
Office of the Attorney General